UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
) 2:02-CR-567-RCJ-LRL
)
vs. )
)
ROSALINDA FALCONE )
)
    Defendant. )



## ORDER

    The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#116) on September 8, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

    **IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: US BANK
    Amount of Restitution: $25,234.29

    Name of Payee: BANK ONE
    Amount of Restitution: $230,000.00

    **Total Amount of Restitution ordered: $255,234.29\*\***
    \*\*Joint and Several with Lori Swearingen, Lori Swearington and Richard Gutierrez

Dated this \_\_\_14\_\_\_ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE