UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *



|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:02-CR-567-RCJ-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROSALINDA FALCONE | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#116) on September 8, 2004.   Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.   Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US BANK
Amount of Restitution: $25,234.29

Name of Payee: BANK ONE
Amount of Restitution: $230,000.00

**Total Amount of Restitution ordered:  $255,234.29****
**Joint and Several with Lori Swearingen, Lori Swearington and Richard Gutierrez

Dated this _____14_____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE